## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

---

### RAMBUS INC. v. MICRON TECHNOLOGY, INC.
### Appeal No. 2014-1133

---

## UNOPPOSED MOTION TO WITHDRAW MICRON TECHNOLOGY, INC.
## AS APPELLEE FROM APPEAL

---

By agreement of the parties, Appellee, Micron Technology, Inc. ("Micron"), respectfully moves the Court to withdraw it as an appellee in this appeal with all costs related to Micron or this withdrawal to be borne by the party incurring the same.

All parties agree to the requested withdrawal pursuant to the terms outlined above.

Respectfully Submitted,


/s/Henry A. Petri, Jr.
Henry A. Petri, Jr.
Novak Druce Connolly Bove + Quigg, LLP
1875 Eye Street, NW, Eleventh Floor
Washington, DC 20006
Telephone: (202) 659-0100
Fax: (202) 659-0105

***Attorney for Appellee***
***Micron Technology, Inc.***

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## RAMBUS INC. v. MICRON TECHNOLOGY, INC.
### Appeal Nos. 2014-1133

### CERTIFICATE OF INTEREST

Counsel for appellee Micron Technology, Inc. certifies the following:

1.  The full name of every party or amicus represented by me is:

> Micron Technology, Inc.

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

> Micron Technology, Inc.

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

> None

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

> Henry A. Petri, Jr , Donald J. Quigg, Tracy W. Druce, Gregory V. Novak, James P. Murphy, Michael W. O'Neill, Margaux A. Aviguetero, Daniel P. Mullarkey
> NOVAK DRUCE CONNOLLY BOVE + QUIGG, LLP

Respectfully submitted,

| | |
|---|---|
| January 6, 2014 | /s/    Henry A. Petri, Jr. |
| Date | Henry A. Petri, Jr. |
| | Novak Druce Connolly |
| | Bove + Quigg LLP |
| | 1875 Eye Street, NW, Eleventh Floor |
| | Washington, DC 20006 |
| | *Attorney for Micron Technology, Inc.* |

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Appellant Rambus Inc. who indicated that Rambus does not oppose Micron's motion to withdraw from this appeal.

/s/Henry A. Petri, Jr.
Henry A. Petri, Jr.

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Unopposed Motion to Withdraw, Certificate of Conference, and Certificate of Interest for Micron Technology, Inc. were served on January 6, 2014, upon the following registered counsel by the Court's CM/ECF System:

> J. Michael Jakes
> Aidan Carl Skoyles
> Jason E. Stach
> Finnegan, Henderson, Farabow
>    Garrett & Dunner, LLP
> 901 New York Avenue, NW
> Washington, DC  20001
> (202) 408-4000

I hereby further certify that a courtesy copy of the foregoing Unopposed Motion to Withdraw, Certificate of Conference, and Certificate of Interest for Micron Technology, Inc. was sent via e-mail to the following counsel on January 6, 2014:

> Nathan K. Kelley
> Acting Solicitor
> William LaMarca
> Associate Solicitor
> United States Patent and Trademark Office
> Mail Stop 8
> P.O. Box 1450
> Alexandria, Virginia 22303-1450
> Nathan.Kelley@uspto.gov
> William.LaMarca@uspto.gov

/s/ Henry A. Petri, Jr.

Henry A. Petri, Jr.